United States Bankruptcy Court
District of Colorado

In re:  
Perry M. Keller  
    Debtor

Case No. 13-13565-EEB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1      User: gibbonsm      Page 1 of 1      Date Rcvd: Jul 06, 2018  
                  Form ID: pdf904     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.
```
aty            +Alison Berry,    999 18th St.,    Ste. 2201,    Denver, CO 80202-2402
aty            +Cynthia Lowery-Graber,    999 18th St.,    Ste. 2201,    Denver, CO 80202-2402
aty            +Miro Kovacevic,    3900 E. Mexico Ave.,    Ste. 950,    Denver, CO 80210-3951
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2018 at the address(es) listed below:
```
          Abbey  Dreher    on behalf of Creditor    MTGLQ Investors, LP co.ecf@bdfgroup.com
          Adam M Goodman    mail@ch13colorado.com,   agoodman13@ecf.epiqsystems.com
          Chapter 13 Trustee - Zeman    on behalf of Trustee Sally  Zeman mail@ch13colorado.com
          Holly R. Shilliday    on behalf of Creditor    Wells Fargo  Bank, N.A. bknotice@mccarthyholthus.com,
           hshilliday@mccarthyholthus.com;hshilliday@ecf.courtdrive.com
          Ilene  Dell'Acqua    on behalf of Creditor    Wells Fargo  Bank, N.A. bknotice@mccarthyholthus.com,
           idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com
          Lauren E. Tew    on behalf of Creditor    Liberty Revolving Trust ltew22@gmail.com,
           CO.ECF@bdfgroup.com
          Lauren E. Tew    on behalf of Creditor    MTGLQ Investors, LP ltew22@gmail.com,  CO.ECF@bdfgroup.com
          Neal K. Dunning    on behalf of Creditor    Wells Fargo  Bank, N.A. ndunning@bbdfirm.com,
           jmellott@bbdfirm.com
          Perry M. Keller    pointyhead34@yahoo.com
          US Trustee, 13    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

In re:

PERRY M. KELLER,

Debtor.

Bankruptcy Case No. 13-13565 EEB

Chapter 13

---

### ORDER AND NOTICE OF NON-EVIDENTIARY HEARING

**IT IS HEREBY ORDERED** that Debtor's Objection to Claim of Post-Petition Arrearage by Wells Fargo Bank, N.A. and Motion for Determination that Debtor has Completed All Payments Required by the Chapter 13 Plan and the Amended Response to Notice of Final Cure Payment filed by Wells Fargo Bank, N.A. are set for a non-evidentiary hearing on a trailing docket before Judge Elizabeth E. Brown on **Tuesday, July 24, 2018, at 9:30 a.m.** in the United States Bankruptcy Court for the District of Colorado, Courtroom F, U.S. Custom House, 721 19th Street, Denver, Colorado. The parties shall be prepared to make legal arguments and/or appear for a status and scheduling conference.

Parties may appear telephonically. Parties wishing to appear telephonically shall call the Court prior to the hearing at 1-888-684-8852. The meeting access code is <u>345 4024</u> followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.**

If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing may be used as a scheduling conference and the matter will be reset to a later date. Counsel/Parties shall *bring their calendars* and be prepared to schedule any further hearing as required.

DATED this 6th day of July, 2018.

BY THE COURT:

*Elizabeth E. Brown*
_____
Elizabeth E. Brown, Bankruptcy Judge