UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minute Order*

Date: July 24, 2018            **Honorable Elizabeth E. Brown, Presiding**
Kerstin Cass, Law Clerk

In re:  Perry M. Keller,            Case. No. 13-13565 EEB
Chapter 13

Debtor.

| Appearances | | Representing | |
|---|---|---|---|
| Counsel | | Trustee | |
| Counsel | | Debtor(s) | Perry Keller, pro se |
| Counsel | Ilene Dell'Acqua* | Creditor | Wells Fargo Bank |
| Counsel | | Creditor | |
| Counsel | | Creditor | |

*telephonic appearance

Proceedings: Debtor's Objection to Claim of Post-Petition Arrearage By Wells Fargo Bank, N.A. and Motion for Determination that Debtor has Completed All Payments Required by the Chapter 13 Plan and the Amended Response to Notice of Final Cure Payment filed by Wells Fargo Bank, N.A.

Orders:

☒ The Court continued the status conference to allow the parties to negotiate regarding the correct amount of the Debtor's post-petition arrearage. The continued status conference will be held on **August 15, 2018 at 9:30 a.m.** before Judge Elizabeth E. Brown in the United States Bankruptcy Court for the District of Colorado, Courtroom F, U.S. Custom House, 721 19th Street, Denver, Colorado. Parties may appear telephonically. Parties wishing to appear telephonically shall call the Court prior to the hearing at 1-888-684-8852. The meeting access code is **345 4024** followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.

Date: July 24, 2018

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, U.S. Bankruptcy Judge