UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date: August 15, 2018                     **Honorable Elizabeth E. Brown, Presiding**
                                          Kerstin Cass, Law Clerk

In re:   Perry M. Keller,                                          Case. No. 13-13565 EEB
                                                                   Chapter 13
         Debtor.

| | Appearances | | Representing |
|---|---|---|---|
| Counsel | | Trustee | |
| Counsel | | Debtor(s) | Perry Keller*, pro se |
| Counsel | Ilene Dell'Acqua* | Creditor | Wells Fargo Bank |
| Counsel | | Creditor | |
| Counsel | | Creditor | |

*telephonic appearance

<u>Proceedings</u>: Continued hearing on Debtor's Objection to Claim of Post-Petition Arrearage By Wells Fargo Bank, N.A. and Motion for Determination that Debtor has Completed All Payments Required by the Chapter 13 Plan and the Amended Response to Notice of Final Cure Payment filed by Wells Fargo Bank, N.A.

<u>Orders</u>:
☒  The parties informed the Court that they reached a stipulation.  A separate order will enter.

Date: August 15, 2018                     FOR THE COURT:
                                          *Kenneth S. Gardner, Clerk*

                                          By: _____