UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Perry M. Keller,<br><br>  Debtor.<br>Wells Fargo Bank, N.A., its assignees and/or successors,<br><br>v.<br><br>Perry M. Keller, Debtor; and Adam M Goodman, Chapter 13 Trustee. | Case No. 13-13565-EEB<br><br>(Chapter 13)<br><br>**Honorable Judge Elizabeth E. Brown** |

**ORDER ON STIPULATION**

THIS MATTER comes before the Court on the Motion to Approve Stipulation to Resolve Debtor's Motion for Determination that the Debtor has Completed all Payments Required by the Ch. 13 Plan and in the Alternative, Wells Fargo Submit a Corrected Response to the Trustee's Notice. The court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby

ORDERS that the Motion is GRANTED and the Stipulation is approved.

Dated: August 15, 2018

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown,
United States Bankruptcy Judge