**B 2100A (Form 2100A) (12/15)**

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

In re:  PERRY M. KELLER                                    Case No.   13-13565

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 | Liberty Revolving Trust by Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner Trustee |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fay Servicing, LLC
3000 Kellway Dr. Ste 150
Carrollton, TX 75006
Phone: (312)291-3781
Last Four Digits of Acct #: 6609

Court Claim # (if known): 8-1
Amount of Claim :  $186968.42
Date Claim Filed  : 05/14/2013

Phone :  (312)291-3781
Last Four Digits of Acct #: 6609

Name and Address where transferee payments should be sent (if different from above):
Fay Servicing, LLC
3000 Kellway Dr. Ste 150
Carrollton, TX 75006
Phone: (312)291-3781
Last Four Digits of Acct #: 6609

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/  Sumit Bode                                            Date :  10/04/2018
AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| Case Name: <u>PERRY M. KELLER</u> | ) Case No. 13-13565 <br> ) Judge Name: Elizabeth E. Brown <br> ) <br> ) Chapter: 13 |

**CERTIFICATE OF SERVICE**

PLEASE BE ADVISED that on 10/04/2018 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 filed Transfer of Claim.

The filing of this Transfer of Claim, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3001(e)(2) and all applicable Bankruptcy Rules.

I hereby certify that on 10/04/2018 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid

Debtor:
   PERRY M. KELLER
   400 N. PARK AVE., SUITE 10B
   BRECKENRIDGE, CO 80424

I hereby certify that on 10/04/2018 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
   ADAM M GOODMAN
   PO BOX 1169
   DENVER, CO 80201

Debtor's counsel:
   PRO SE

All Parties in Interest
All Parties requesting Notice

By: /s/ Sumit Bode
   Sumit Bode, AIS Portfolio Services, LP as agent
   Transferee/Transferee's Agent