| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Perry    Michael    Keller<br>First Name   Middle Name   Last Name | Case #: | 13-13565EEB |
| Debtor 2: _____<br>First Name   Middle Name   Last Name | Chapter: | 13 |

## Local Bankruptcy Form 3015-1.6
## Chapter 13 Debtor's Certification to Obtain Discharge

**Check applicable boxes and complete applicable sections.**

I, __Perry Michael Keller_____ **[debtor's name]** certify that:

### Part 1    Plan Payments

✓ I have completed all payments and obligations required by my chapter 13 plan, including if applicable all direct payments to secured creditors.

### Part 2    Domestic Support Obligations

✓ I have no domestic support obligations.
☐ During the pendency of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court, administrative agency, or by any statute.
☐ I have provided the chapter 13 trustee with the information required for notice by 11 U.S.C. § 1302(d)(1)(c).

### Part 3    Valuation of Collateral Pursuant to 11 U.S.C. § 506

☐ I previously filed a Motion for Valuation of Collateral and Determination of Secured Status Under 11 U.S.C. § 506 (the "Motion") (docket no. _____ **[#]**) as to the real property described below. The Motion was granted on _____ **[month/day/year]**, (docket no. _____ **[#]**).

_____
**[Provide property description if applicable.]**

**[If the debtor seeks a specific order extinguishing the lien subject to the Motion, the debtor must submit the attached proposed order.]**

### Part 4    Felony convictions under 11 U.S.C. § 522(q)(1) and 11 U.S.C. § 1328(h).

✓ I have not been convicted of a felony, as defined in 11 U.S.C. § 3156. *See* 11 U.S.C. § 522(q)(1)(A).
✓ There are no pending proceedings in which I may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

### Part 5    Personal Financial Management Course

✓ I have completed an instructional course in personal financial management and the certification of completion has been filed.

**Part 6**    **Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: ___10/28/2018_____      By: _[signature]_
                                                                                           Signature

Bar Number (if applicable): _____
Mailing Address: 400 N. Park Ave. #10-B, Breckenridge, CO 80424
Telephone number: (719) 314-9457____
Facsimile number: _N/A_____
E-mail address: pointyhead34@yahoo.com_

**Part 7**    **Verification of Debtor**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___10/28/2018_____      By: _[signature]_
                                                                                           Signature of debtor

Mailing Address: 400 N. Park Ave. #10-B, Breckenridge, CO 80424
Telephone number: (719) 314-9457
Facsimile number: __ N/A _____
E-mail address: pointyhead34@yahoo.com

**Commentary**

Pursuant to 11 U.S.C. § 1328, this form is to be completed as soon as practicable after completion by the Debtor of all payments under the plan. This form must be completed and filed with the Court in order for the Debtor to receive a discharge. In joint cases, each Debtor must file a separate form.

L.B.F. 3015-1.6 must be served on the following: the chapter 13 trustee, the United States Trustee, all parties who have requested notice, and secured creditors.

| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Perry / Michael / Keller (First Name / Middle Name / Last Name) | Case #: | 13-13565-EEB |
| Debtor 2: (First Name / Middle Name / Last Name) | Chapter: | 13 |

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Complete applicable sections and delete inapplicable sections.**

**Part 1**  **L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order**

I certify that on **10/29/2018** I served a complete copy of **Debtors Certification to Obtain Discharge**
on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

```
aty +Alison Berry, 999 18th St., Ste. 2201, Denver, CO 80202-2402
aty +Caren Jacobs Castle, 999 18th St., Ste. 2201, Denver, CO 80202-2402
aty +Cynthia Lowery-Graber, 999 18th St., Ste. 2201, Denver, CO 80202-2402
aty +Miro Kovacevic, 3900 E. Mexico Ave., Ste. 950, Denver, CO 80210-395

via CM/ECF:


Abbey Dreher on behalf of Creditor MTGLQ Investors, LP co.ecf@bdfgroup.com

Adam M Goodman mail@ch13colorado.com, agoodman13@ecf.epiqsystems.com
Andrea Lynn Betts on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
INDIVIDUAL
CAPACITY BUT SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE OF CIM TRUST 2018-R4
abetts@rascrane.com
Chapter 13 Trustee - Zeman on behalf of Trustee Sally Zeman mail@ch13colorado.com
Holly R. Shilliday on behalf of Creditor Wells Fargo Bank, N.A.
bknotice@mccarthyholthus.com,
hshilliday@mccarthyholthus.com;hshilliday@ecf.courtdrive.com
Ilene Dell'Acqua on behalf of Creditor Wells Fargo Bank, N.A.
bknotice@mccarthyholthus.com,
idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com
Ilene Dell'Acqua on behalf of Creditor Wells Fargo Bank, N.A., its assignees and/or
successors bknotice@mccarthyholthus.com,
idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com
Lauren E. Tew on behalf of Creditor Liberty Revolving Trust ltew22@gmail.com
Lauren E. Tew on behalf of Creditor MTGLQ Investors, LP ltew22@gmail.com
Neal K. Dunning on behalf of Creditor Wells Fargo Bank, N.A. ndunning@bbdfirm.com,
jmellott@bbdfirm.com
Perry M. Keller pointyhead34@yahoo.com
US Trustee, 13 USTPRegion19.DV.ECF@usdoj.gov
TOTAL: 12
```

**Part 2**  **Signature**

Dated: __October 29, 2018_____     By: _/s/ Perry M. Keller
                                               Signature

L.B.F. 9013-1.2 (12/17)                                                                 Page 1

Bar Number (if applicable):  ___N/A_____  
Mailing Address:  _400 N. Park Ave. #10-B, Breckenridge, CO, 80424  
Telephone number:  _719-314-9457___  
Facsimile number:  __None_____  
E-mail address:  pointyhead34@yahoo.com

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Document: 'Misc Document 5'  Submitted: 10/29/2018 1:46:52 AM

User Information

Perry Keller
400 N. Park Ave. #10-B
Breckenridge,
CO
80424

pointyhead34@yahoo.com
719-314-9457