```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                        Case No. 13-13565-EEB
Perry M. Keller                                               Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 1082-1          User: gibbonsm             Page 1 of 2              Date Rcvd: Oct 30, 2018
                              Form ID: 785               Total Noticed: 31
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
aty            +Alison Berry,    999 18th St.,    Ste. 2201,    Denver, CO 80202-2402
aty            +Caren Jacobs Castle,    999 18th St.,    Ste. 2201,    Denver, CO 80202-2402
aty            +Cynthia Lowery-Graber,    999 18th St.,    Ste. 2201,    Denver, CO 80202-2402
aty            +Miro Kovacevic,    3900 E. Mexico Ave.,    Ste. 950,    Denver, CO 80210-3951
cr             +Claimjumper Condominium Association, Inc.,    P.O. Box 588,    Breckenridge, CO 80424-0588
15128834        Claim Jumper Condominium Assoc., Inc.,    877 Airport Rd.,    Breckenridge, CO 80424
15333611       +Claimjumper Condominium Association, Inc.,    c/o Miro Kovacevic, Esq.,    P.O. Box 588,
                 Breckenridge, CO 80424-0588
15128837       +Emily Keller,    2410 Clayton Ct.,    Colorado Springs, CO 80919-3806
15251153        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
17978939       +Liberty Revolving Trust by,    Wilmington Savings Fund Society, FSB,,    Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
16983308       +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    PO Box 55004,
                 Irvine, CA 92619-5004
15128843       +Portfolio America Asset Group,    3535 Piedmont Road Suite 410 Bldg 14,    Atlanta, GA 30305-1616
15128844       +Tropic Sun Towers,    591 South Atlantic Avenue,    Ormond Beach, FL 32176-7700
18151472       +U.S. Bank National Association,,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006-3357
15128845        Wells Fargo,    Bankruptcy Department,    Bldg. C, 2nd Floor,    Eden Prairie, MN 55344-2252
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: IRS.COM Oct 31 2018 04:13:00      IRS,    600 17th St.,    Stop 5027 DEN,    Denver, CO  80202
15164713        EDI: AIS.COM Oct 31 2018 04:13:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
15128831       +EDI: BANKAMER2.COM Oct 31 2018 04:13:00      Bank of America,    100 B. Tryon Street,
                 Charlotte, NC 28255-0001
15128832        EDI: CAPITALONE.COM Oct 31 2018 04:13:00      Capital One Bank  USA  NA,    15000 Capital One Dr.,
                 Richmond, VA 23238
15274326        EDI: CAPITALONE.COM Oct 31 2018 04:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
15128833       +EDI: CHASE.COM Oct 31 2018 04:13:00      Chase Bank USA, NA,    PO Box 15298,
                 Wilmington, DE 19850-5298
15128835       +EDI: CODEPREV.COM Oct 31 2018 04:13:00      Colorado Dept. of Revenue,
                 1375 Sherman St. Rm. 504,    Denver, CO 80261-2200
15144143        EDI: DISCOVER.COM Oct 31 2018 04:13:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
15128836        EDI: DISCOVER.COM Oct 31 2018 04:13:00      Discover Financial Services,    P.O. Box 6103,
                 Carol Stream, IL 60197-6103
15128838       +E-mail/Text: bankruptcy@ent.com Oct 31 2018 00:13:08      ENT Federal Credit Union,
                 P.O. Box 15819,    Colorado Springs, CO 80935-5819
15128839       +E-mail/Text: boakman@fidelitybank.com Oct 31 2018 00:13:20      Fidelity Bank,
                 100 East English St.,    Wichita, KS 67202-3759
15128840        EDI: RMSC.COM Oct 31 2018 04:13:00      GE Capital Retail Bank,    PO Box 965004,
                 Orlando, FL 32896-5004
15128841        EDI: HFC.COM Oct 31 2018 04:13:00      HSBC Bank,    Attn  Bankruptcy,    P.O. Box 5264,
                 Carol Stream, IL 60197-5264
15310576       +EDI: WFFC.COM Oct 31 2018 04:13:00      Wells Fargo Bank, N.A.,    3476 Stateview Blvd.,,
                 Attn: Bankruptcy Department MAC ID #D334,    Fort Mill, SC 29715-7200
15283599       +EDI: WFFC.COM Oct 31 2018 04:13:00      Wells Fargo Bank, N.A.,    1 Home Campus,    MAC X2303-01A,
                 Des Moines, IA 50328-0001
15389491        EDI: ECAST.COM Oct 31 2018 04:13:00      eCAST Settlement Corporation,    POB 29262,
                 New York NY 10087-9262
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15128842*      +Internal Revenue Service,    PO Box 7346,    Insolvency Unit,    Philadelphia, PA 19101-7346
15375461*      +Wells Fargo Bank, N.A.,    3476 Stateview Blvd.,,    Attn: Bankruptcy Department MAC ID #D334,
                 Fort Mill, SC 29715-7200
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 1082-1           User: gibbonsm              Page 2 of 2                  Date Rcvd: Oct 30, 2018
                               Form ID: 785                Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
              Abbey  Dreher     on behalf of Creditor    MTGLQ Investors, LP co.ecf@bdfgroup.com
              Adam M Goodman      mail@ch13colorado.com,  agoodman13@ecf.epiqsystems.com
              Andrea Lynn Betts     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
               CAPACITY BUT SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE OF CIM TRUST 2018-R4 abetts@rascrane.com
              Chapter 13 Trustee - Zeman     on behalf of Trustee Sally  Zeman mail@ch13colorado.com
              Holly R. Shilliday     on behalf of Creditor    Wells Fargo  Bank, N.A. bknotice@mccarthyholthus.com,
               hshilliday@mccarthyholthus.com;hshilliday@ecf.courtdrive.com
              Ilene  Dell'Acqua     on behalf of Creditor    Wells Fargo  Bank, N.A. bknotice@mccarthyholthus.com,
               idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com
              Ilene  Dell'Acqua     on behalf of Creditor    Wells Fargo Bank, N.A., its assignees and/or
               successors bknotice@mccarthyholthus.com,
               idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com
              Lauren E. Tew     on behalf of Creditor    Liberty Revolving Trust ltew22@gmail.com
              Lauren E. Tew     on behalf of Creditor    MTGLQ Investors, LP ltew22@gmail.com
              Neal K. Dunning     on behalf of Creditor    Wells Fargo  Bank, N.A. ndunning@bbdfirm.com,
               jmellott@bbdfirm.com
              Perry M. Keller     pointyhead34@yahoo.com
              US Trustee, 13    USTPRegion19.DV.ECF@usdoj.gov
                                                                                                   TOTAL: 12
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Perry M. Keller** | Social Security number or ITIN   xxx–xx–3207 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Colorado** | | |
| Case number:  **13–13565–EEB** | | |

# Order of Discharge                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Perry M. Keller

<u>10/30/18</u>                                              **By the court:**   <u>Elizabeth E. Brown</u>
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**Liens that are extinguished**
Under 11 U.S.C. § 506(d), if an order entered in this case valuing a creditor's secured claim at $0, the lien is extinguished by operation of law upon the entry of the debtor's discharge, or upon successful completion of all plan payments and the case closing, if the debtor is not eligible for a discharge.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**